AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Jay Connor

*Plaintiff(s)*

v.

Sintra Mortgage LLC, Lydia Orow Individually and John Doe

*Defendant(s)*

Civil Action No. 2:26-cv-04457-JD-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lydia Orow
222 E. Merrill Street Suite 102
Birmingham, MI 48009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/7/2026

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Jay Connor

*Plaintiff(s)*

v.

Sintra Mortgage LLC, Lydia Orow Individually and John Doe

*Defendant(s)*

Civil Action No. 2:26-cv-04457-JD-MGB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sintra Mortgage LLC
222 E. Merrill Street Suite 102
Birmingham, MI 48009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/7/2026

*Signature of Clerk or Deputy Clerk*