RCVD - USDC - CHAS, SC
2026 NOV 12 PM 2:35

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jay Connor,

Plaintiff,

Vs.

Sintra Mortgage LLC, Lydia Orow Individually and John Doe

Defendants.

C/A No: 2:26-cv-4457-JD-MGB

**Notice of Dismissal**

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action without prejudice.

Respectfully Submitted,

Jay C. Connor, *Pro Se*

216 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (Residential)
Jayc650@hush.com

November 12, 2026

**Certificate of Service**

I, Jay Connor, hereby certify that on November 12, 2026, a copy of the foregoing was sent by U.S. Mail to Lydia Orow via electronic mail at lorow@sintramortgage.com and via USPS to 3137 Rabeeh Drive, Auburn Hills, MI 43826, and to Sintra Mortgage LLC via USPS c/o Cogency Global Inc. 186 N. Main Street Fl 2 Suite 1 Plymouth, MI 48170.

Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com